# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIANA VALENZUELA, As the Administratrix of the Estate of Joseph Santos, deceased and as the Personal Representative of his wrongful death beneficiaries, Plaintiff, <br><br> v. <br><br> OFFICER JONATHAN R. ROSELLE, Individually and in his official capacity as a member of the South Whitehall Township Police Department, *et al.,* Defendants. | Civil No. 5:20-cv-03638-JMG |

## **ORDER**

**AND NOW,** this 28th day of April, 2021, upon consideration of Defendants Officer Jonathan R. Roselle and South Whitehall Township's partial motion to dismiss and motion to strike (ECF No. 6), Plaintiff Juliana Valenzuela's response in opposition (ECF No. 9), and the defendants' reply (ECF No. 12), it is hereby **ORDERED** that the defendants' motion (ECF No. 6) is **DENIED**. The defendants shall answer the complaint no later than **May 12, 2021.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge