IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIANA VALENZUELA,<br>As the Administratrix of the Estate of<br>Joseph Santos,<br>        Plaintiff,<br><br>        v.<br><br>OFFICER JONATHAN R. ROSELLE,<br>*et al.*,<br>        Defendants. | Civil No. 5:20-cv-03638-JMG |

## NOTICE OF STATUS CONFERENCE

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Thursday, September 23, 2021 at 1:00 PM**, before Judge John M. Gallagher.

For the Court,

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge John M. Gallagher

Date of Notice: September 21, 2021