IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIANA VALENZUELA, | : | |
| As the Administratrix of the Estate of | : | |
| Joseph Santos, deceased and as the Personal | : | |
| Representative of his wrongful death beneficiaries, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:20-cv-03638-JMG |
| | : | |
| OFFICER JONATHAN R. ROSELLE, | : | |
| Individually and in his official capacity as a | : | |
| member of the South Whitehall Township Police | : | |
| Department, *et al.,* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 2nd day of March, 2022, **IT IS HEREBY ORDERED** that the Scheduling Order of April 15, 2021, (ECF No. 16), is **VACATED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge